IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RICARDO ABRAHAM GONZALEZ-CASTRO, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) 1:13CV1120 ) |
| BOB MARSHALL, FRANK L. PERRY, | ) ) ) ) |
| Respondents. | ) |

## **ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on January 21, 2015, was served on the parties in this action. Plaintiff filed objections to the Recommendation. (Docs. 12 & 13.) The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Respondent's Motion for Summary Judgment (Doc. 6) is GRANTED, that the Petition (Doc. 3) is DENIED. A judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This, the 20th day of March, 2015.

                           /s/ Loretta C. Biggs
                         United States District Judge